1  W. DANIEL BOONE, Bar No. 046553
   WILLIAM A. SOKOL, Bar No. 072740
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6
   Attorneys for Petitioner
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 SEIU, UNITED HEALTHCARE WORKERS -- )  No.   C 06-07123 CW
   WEST,                              )
12                                    )
              Petitioner,             )
13      v.                            )
                                      )
14 ST. LUKE'S HOSPITAL,               )
                                      )
15            Respondent,             )
                                      )
16 SEIU, UNITED HEALTHCARE WORKERS -- )  No.   C-06-07124 CW
   WEST,                              )
17                                    )
              Petitioner,             )
18      v.                            )
                                      )
19 CALIFORNIA PACIFIC MEDICAL CENTER, )
                                      )
20                                    )
              Respondent,             )
21                                    )
   _____)
22 SEIU, UNITED HEALTHCARE WORKERS -- )  No.   C 06-07125 CW
   WEST,                              )
23                                    )  ORDER GRANTING
              Petitioner,             )  VOLUNTARY REQUEST FOR
24      v.                            )  DISMISSAL
                                      )
25 CALIFORNIA PACIFIC MEDICAL CENTER, )
                                      )
26            Respondent,             )
                                      )
27 _____)

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  Pursuant to Settlement Agreement between the parties, it is stipulated by Petitioner and
2  Respondent, through counsel, that this matter may be dismissed without prejudice. It is further
3  stipulated that each side will bear its own costs and attorneys' fees.

4  Dated: *Feb 2*, 2007

           WEINBERG, ROGER & ROSENFELD
           A Professional Corporation

           By: _W. Daniel Boone_
           W. DANIEL BOONE
           Attorneys for Petitioner

8  Dated: *January 31*, 2007

           O'Melveny & Myers LLP

           By: _Jason Mayo_
           JASON MAYO
           Attorneys for Respondent

13  Dated: *2/8*, 2007

           IT IS SO ORDERED:

           By: _Claudia Wilken_
           UNITED STATES DISTRICT COURT JUDGE

19  114864/446799

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
VOLUNTARY REQUEST FOR DISMISSAL
Case No. CPF-06-506725